# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

FILED 
3:23 pm, 3/9/17
Stephan Harris
Clerk of Court

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| Orin Loos | Case Number: 17-CR-39-J |
| Defendant. | |

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date 3/9/17        Time   1:45 pm - 2:54pm

☑ Arraignment    ☑ Change of Plea        Before the Honorable    Alan B. Johnson

Interpreter:                                        Int. Phone:

| Sarah Williamson | Monique Gentry | Tom Fitzgerald | |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Timothy Forwood

Defendant:   Thomas Jubin

☐ FPD   ☐ PANEL-CJA   ☑ RETAINED   ☐ WAIVED

☑ Defendant Waives Indictment
☑ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s)   1   of an Information
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for May 19, 2017 at 9:30 am |
| ☐ Trial date set for _____ at _____ in _____ | in Cheyenne - Courtroom 2 |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☐ Count(s) _____ to be dismissed at time of sentencing |
| ☑ Other  Defendant advised of charges and possible penalties against him. | |

BOND IS  ☐ Defendant is detained
☑ Set at _____  ☐ Cash or Surety  ☑ Unsecured
☐ Continued on the same terms and conditions
☐ Continued on bond with the following conditions:
☐ Released on bond with the following conditions:

☐ 3rd party custody of _____  ☐ Seek/Maintain employment
☐ Report to Pretrial Services as directed  ☐ Travel restricted to _____
☐ Maintain current residence  ☐ Abide by the following curfew _____
☐ Not use or possess firearms/ammunition/explosives  ☐ Not use or possess controlled substances/drugs
☐ Not use or possess alcohol  ☐ Not use alcohol to excess
☐ Submit to drug/alcohol testing  ☐ Avoid all contact with _____
☐ Surrender passport to _____  ☐ Post property or sum of money _____
☐ Obey all laws. Federal, State and Local  ☐ Do not obtain passport
☐ Undergo Medical/Psychiatric treatment/exam
☑ Other  Cooperate with probation office re home visit/investigation